Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: CHRISTOPHER P. MAY-SHAW -vs- CITY OF NEW YORK, Et, AL.
CV 17-5591

Dear Clerk of the Court:

Please find enclosed the IFP, Prisoner Authorization Form, and Inmate account Statement regarding above case number.

Please note that the account statement adds every cash transaction together to get a total, nevertheless, inmate has only received $570.00 according to each "Commissary Deposit by Credit Card."

Furthermore, please file accordingly. In advance, I thank you for your time and cooperation regarding this matter.

Placed in prison mail box on:
September 29, 2017

Respectfully Submitted
/s/ Christopher P. May-Shaw

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 05 2017 ★

BROOKLYN OFFICE

**MATSUMOTO, J.**

**BLOOM, M.J.**

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

ROBERT HOGAN AKA CHRISTOPHER P. MAYSHAW
*Plaintiff/Petitioner*
v.
THE CITY OF NEW YORK, ET., AL.
*Defendant/Respondent*

Civil Action No. **CV17-5591**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: NEWAYGO COUNTY JAIL PO BOX 845 White Cloud, MI 49349.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ NA, and my take-home pay or wages are: $ NA per
(specify pay period) NA.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes   ☒ No
(e) Gifts, or inheritances                            ☒ Yes   ☐ No
(f) Any other sources                                 ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* I have received funds from my family and friends to purchase hygiene and commissary items. I have recieved approximately $100-~~400~~ (to the best of my knowledge) and would expect to receive $100-250 in the future, monthly. Please note that this support comes from 4-5 individuals since I've been here.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __none__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):* none

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):*

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8 minor Children, due to incarceration I have not contributed to their support.
(A.G., A.A., K.M., K.M, C.P., P.J-S., A.J., I.M.)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):*

Child support obligations in the State of Michigan. Due to incarceration, amounts owed at this time are unknown, and obligations has been stopped due to incarceration.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __9/29/19__

__Christopher P. May-Shaw__
Applicant's signature

__Christopher P. May-Shaw__
Printed name

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PRISONER AUTHORIZATION

Case Name: ROBERT HOGAN AKA CHRISTOPHER MAY-SHAW vs. THE CITY OF NEW YORK, ET, AL.
(Enter full name of plaintiff(s)) (Enter full name of defendant(s))

Docket Number: 17 -CV- 5591 ( )
(Enter the docket number if available; if filing with your complaint, leave blank)

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, **no matter what the outcome of the action.**

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, Christopher May-Shaw _____ (print or type your name), request and authorize the facility institution or agency holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the facility or agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility or agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my *in forma pauperis* application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF **$350** WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED.**

_Christopher May-Shaw_                                    [signature] 9/29/17
Signature of Plaintiff                                       Date Signed


Prisoner I.D. Number(s)        Reg. No. 11506-040

Name of Current Facility       Newaygo County Jail 1035 E. James ST
rev. 2/11                      PO Box 845, White Cloud, MI 49349

# Account History

Beginning Date = 07/01/2017 00:00:00, Ending Date = 09/29/2017 23:59:59, Inmate Account = 51349 (MAY-SHAW, CHRISTOPHER PAYTON)

Account # 51349  Location: C-09
Name MAY-SHAW, CHRISTOPHER PAYTON

| Trans# | Date/Time | Trans Type | Amount | Balance | Cmsry Amt | Cmsry Bal | Lien Amt | Lien Bal |
|---|---|---|---|---|---|---|---|---|
| 6731673 | 09/02/17 08:23 | Commissary Deposit by Credit Card (Web) | $100.00 | $100.00 | $100.00 | $100.00 | - | $0.00 |
| 6733031 | 09/02/17 15:28 | Commissary Deposit by Credit Card (Web) | $150.00 | $250.00 | $150.00 | $250.00 | - | $0.00 |
| 6735055 | 09/02/17 23:31 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $237.50 | ($12.50) | $237.50 | - | $0.00 |
| 6739426 | 09/03/17 22:14 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $225.00 | ($12.50) | $225.00 | - | $0.00 |
| 6741401 | 09/04/17 13:50 | Charge Commissary & Debt - Copy1 - Inmate 1st Copy x1 | $1.25 | $223.75 | ($1.25) | $223.75 | - | $0.00 |
| 6743723 | 09/04/17 23:18 | Commissary Purchase | $100.52 | $123.23 | ($100.52) | $123.23 | - | $0.00 |
| 6749545 | 09/05/17 22:20 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $110.73 | ($12.50) | $110.73 | - | $0.00 |
| 6750363 | 09/06/17 01:16 | Commissary Purchase Credit | $0.64 | $111.37 | $0.64 | $111.37 | - | $0.00 |
| 6758796 | 09/06/17 23:22 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $98.87 | ($12.50) | $98.87 | - | $0.00 |
| 6768989 | 09/08/17 22:19 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $86.37 | ($12.50) | $86.37 | - | $0.00 |
| 6772784 | 09/09/17 20:39 | Commissary Cash Deposit - Kiosk Cash Commissary Deposit Fee x0 | $120.00 | $202.37 | $116.00 | $202.37 | - | $0.00 |
| 6778659 | 09/10/17 22:34 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $189.87 | ($12.50) | $189.87 | - | $0.00 |
| 6784619 | 09/11/17 21:26 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $177.37 | ($12.50) | $177.37 | - | $0.00 |
| 6789935 | 09/12/17 19:47 | Commissary Purchase | $76.24 | $101.13 | ($76.24) | $101.13 | - | $0.00 |
| 6791243 | 09/12/17 23:54 | Commissary Purchase | $10.60 | $90.53 | ($10.60) | $90.53 | - | $0.00 |
| 6796557 | 09/13/17 21:47 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $78.03 | ($12.50) | $78.03 | - | $0.00 |
| 6806498 | 09/15/17 21:48 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $65.53 | ($12.50) | $65.53 | - | $0.00 |

## Account History

| Trans # | Date/Time | Trans Type | Amount | Balance | Cmsry Amt | Cmsry Bal | Lien Amt | Lien Bal |
|---|---|---|---|---|---|---|---|---|
| 6815608 | 09/17/17 21:19 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $53.03 | ($12.50) | $53.03 | - | $0.00 |
| 6820295 | 09/18/17 19:31 | Commissary Deposit by Credit Card (Web) | $100.00 | $153.03 | $100.00 | $153.03 | - | $0.00 |
| 6826122 | 09/19/17 19:55 | Commissary Purchase | $61.57 | $91.46 | ($61.57) | $91.46 | - | $0.00 |
| 6826256 | 09/19/17 20:15 | Commissary Purchase | $1.56 | $89.90 | ($1.56) | $89.90 | - | $0.00 |
| 6826934 | 09/19/17 21:56 | Commissary Deposit by Credit Card (Web) | $100.00 | $189.90 | $100.00 | $189.90 | - | $0.00 |
| 6827136 | 09/19/17 22:38 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $177.40 | ($12.50) | $177.40 | - | $0.00 |
| 6845847 | 09/21/17 22:16 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $164.90 | ($12.50) | $164.90 | - | $0.00 |
| 6855773 | 09/23/17 22:10 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $152.40 | ($12.50) | $152.40 | - | $0.00 |
| 6866805 | 09/25/17 21:39 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $139.90 | ($12.50) | $139.90 | - | $0.00 |
| 6873426 | 09/27/17 00:58 | Commissary Purchase | $37.92 | $101.98 | ($37.92) | $101.98 | - | $0.00 |
| 6877929 | 09/27/17 21:27 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $89.48 | ($12.50) | $89.48 | - | $0.00 |
| 6882601 | 09/28/17 21:43 | Charge Commissary & Debt - E-Cigs x1 | $12.50 | $76.98 | ($12.50) | $76.98 | - | $0.00 |
| Total (Sum/Last) | | | $1060.30 | $76.98 | $76.98 | $76.98 | $0.00 | $0.00 |

Please note that inmate C. May-Shaw has only received $570.00, Jail added all transactions. See "Commissary Deposit by Credit Card"

CHRISTOPHER MAY-SHAW
NEWAYGO COUNTY JAIL
P.O. BOX 845
WHITE CLOUD, MI
49349

LEGAL MAIL

This mail has originated from the Newaygo Co. Jail

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

11201-183299