Christopher May-Shaw
Reg No. 11506-040
Newaygo County Jail
PO Box 845
White Cloud, MI 49349

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 04 2017 ★
BROOKLYN OFFICE

November 27, 2017

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Robert Hogan, AKA Christopher May-Shaw v. City of New York, et al.
Civil Case No 17-CV-5591

Honorable Lois Bloom,
    I am writing this communique for the above mentioned refferrence. Today I recieved (2) Two letters from the Defendants Attorney's. One letter was dated November 17, 2017 and the other was dated November 22, 2017. The zip code was wrong which may have caused a delay in me recieving the letters in a timely manner. (49321 and the correct one is 49349).
    However, I am not in agreement to any extensions of time to the Valentin ORDER because the

(1)

Corporation Counsel has many resources to make contact with the 67th Precinct Office and the named Defendants to identify the "John Doe" Defendants.

With regard to the "Consent and Authorization Form" pursuant to CPL §160.50 Release, I have not executed because again, the Corporation Counsel office can contact the Kings County District Attorney's office and gain access of the complete file from Assistant District Attorney Jingu Chong (or A.D.A Stephanie D'Agostino) who prosecuted the case. Executing the form will not provide the names of the four officer's because they are not listed in the complete file that I have, and this should not hinder any filing process or hinder their ability to answer the Complaint by December 4, 2017.

Your honor, unless you order that I submit and sign the Consent and Authorization Form for the release, then I will do so. I have attempted to call the Corporation Counsel's office several times and has not gotten an aswer. Without your <u>ORDER</u>, I do not believe that the Corporation Office will be hindered with gaining the files using their proper resources.

Respectfully,

Christopher May-Shaw

<u>Via First Class Mail</u>
cc: Rachel Seligman Weiss / Samantha R. Millar
    Senior Counsel      Assistant Corp. Counsel

(2)

Christopher May-Shaw
Reg. No. 11506-040
Newaygo County Jail
P.O. Box 845
1035 E. James St
White Cloud, MI
49349

This mail has originated from the Newaygo Co. Jail

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
11201-183299