Christopher May-Shaw
Newaygo County Jail
PO Box 845
White Cloud, MI 49349

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 11 2017
BROOKLYN OFFICE

December 7, 2017

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Robert Hogan aka Christopher May-Shaw v. City of New York et al.
17-cv-5591; $160.50 Release

Dear Honorable Bloom,

Please be advised that I have complied with your order and signed the Release Form. I am mailing the notarized form at the same time that I mail your Honor this letter. I am also considering a settlement with the City, by letter. I thank you for your time considering this matter and I look forward to our next conference meeting. Have a wonderful day.

Respectfully Submitted,
Christopher May-Shaw

Christopher May-Shaw
Newaygo County Jail
PO Box 845
White Cloud, Mich
49349

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201