AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

ROBERT HOGAN, AKA CHRISTOPHER MAY-SHAW )
_____
Plaintiff )
v. ) Civil Action No. 17-CV-5591
THE CITY OF NEW YORK, ET. AL )
_____
Defendant )

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Christopher May-Shaw | Christopher May-Shaw | 11-27-17 |
|  |  |  |
|  |  |  |

### Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____   _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   DEC 15 2017   ★

BROOKLYN OFFICE

Christopher May-Shaw
Newaygo County Jail
PO Box 845
1035 E. James St
White Cloud, MI
49349

USMS

This mail has originated from the Newa...

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 15 2017 ★

BROOKLYN OFFICE

Clerk of the Court
United States District Court
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

FOREVER USA
Barn Swallow