

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

CAROLYN K. DEPOIAN
*Senior Counsel*
phone: (212) 356-2358
fax: (212) 356-3509
email: cdepoian@law.nyc.gov

January 22, 2018

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Robert Hogan (a.k.a. Christopher May-Shaw) v. City of New York, et al.</u>,
      17-CV-5591 (KAM) (LB)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter.[1] This Office writes in response to the Court's <u>Valentin</u> Order, dated October 26, 2017, to provide the names and shield numbers for four "John Doe" officers plaintiff purports to name in his complaint. Pursuant to the Court's Order, upon information and belief, the "John Doe" officers are hereby identified as:

  Police Officer Daniel O'Hare, Shield No. 17735
  New York City Police Department
  67th Precinct
  2820 Snyder Avenue
  Brooklyn, New York 11226

  Police Officer Earl Rochester, Shield No. 31302
  New York City Police Department
  67th Precinct
  2820 Snyder Avenue
  Brooklyn, New York 11226

---

[1] Please take notice that this case is assigned to Assistant Corporation Counsel Samantha R. Millar, who is presently awaiting admission to the Eastern District of New York and is handling this matter under my supervision. Ms. Millar may be reached directly at 212-356-3156 or smillar@law.nyc.gov.

- 2 -

        Sergeant Kevin Francis, Shield No. 1490
        New York City Police Department
        115th Precinct
        92-15 Northern Blvd.
        Jackson Heights, New York 11372

        Sergeant James Berk, Shield No. 1311
        New York City Police Department
        103rd Precinct
        168-02 P.O. Edward Byrne Avenue
        Queens, New York 11432

        This Office has now complied with the Court's October 26th <u>Valentin</u> Order. Thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                    /s
                                                  Carolyn K. Depoian
                                                  *Senior Counsel*
                                                  *Special Federal Litigation Division*

cc:    **VIA FIRST CLASS MAIL**
        Christopher May-Shaw
        *Plaintiff* Pro Se
        Reg. No. 11506-040
        Newaygo County Jail
        1035 E. James Street
        P.O. Box 845
        White Cloud, MI 49349