CHRISTOPHER MAY-SHAW
NEWAYGO COUNTY JAIL
P.O. BOX 845
1035 E. JAMES ST.
WHITE CLOUD, MI 49349

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ FEB -9 2018 ★

BROOKLYN OFFICE

FEBRUARY 5, 2018

CAROLYN K. DEPOIAN, SENIOR COUNSEL
THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

RE: Robert Hogan (a.k.a Christopher May-Shaw) v. City of New York, et al., 17-cv-5591 (KAM)(LB); Settlement

Dear, Ms. Depoian,

    I am writing this communique for the above described referrence. I am submitting a Second Settlement letter to resolve the constitutional violations by the Defendant's in the § 1983 Civil Complaint.

    I have forwarded this office a settlement agreement, which I did not get a response. However, I did contact Ms. Millar, who advised me (via telephone) that such settlement agreements were handled above her.

(1)

    With all due respect, I am requesting to settle this civil matter in the amount of $100,000 (one-hundred thousand) to avoid any future filings regarding this matter. With this agreement, I would also drop another lawsuit against the City of New York, pending in the Comptroller's office asking for one million dollars due to other 67th Precinct officer's violating my constitutional rights, that I plan to move and file with the Federal Courts.

    This request of a settlement for $100,000 is more than fair for the treatment of the Defendant's in violating my constitutional rights, as well as my year fighting the criminal charges at Rikers Island.

    Please consider my request.

Respectfully Submitted,
Christopher May-Shaw

cc: (LB)

CHRISTOPHER MAY-SHAW
NEWAYGO COUNTY JAIL
PO BOX 845
WHITE CLOUD, MI 49349

THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

11201-183299

