UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

TELEPHONE CONFERENCE

APRIL 19, 2018

Case Name: Hogan v. City of New York et al

Docket Number: 17 cv 5591

Tick Numbers: 9:46 – 10:09
Total Time in Court: 23 minutes

**Plaintiff/Plaintiff's Counsel:**

Name: Christopher May-Shaw, a.k.a. Robert Hogan

Address/Firm: Newaygo County Jail

Telephone:

☐ This is a new address.

**Defendant(s):**

Counsel: Samantha Millar

Firm Name: New York Law Department

Counsel: Carolyn Depoian

Firm Name: New York Law Department