```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT HOGAN, also known as Christopher
Payton May-Shaw,

                        Plaintiff,                                    ORDER
                                                                      17 CV 5591 (KAM)(LB)
        -against-

CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT, POLICE OFFICERS CANDICE
SMITH, Shield #725, SERGEANT BRUNO PIERRE,
and JOHN DOES 1-4, of the 67th Precinct,

                        Defendants.
-------------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

The Court held a status conference by telephone on April 19, 2018 in plaintiff's *pro se* civil rights action. Defendants' counsel stated that she would send plaintiff the defendants' initial disclosures by mail today. The Court directed defendants' counsel to investigate why plaintiff's property that was confiscated by the NYPD following plaintiff's arrest was not returned when the charges against plaintiff were dismissed in July 2017.

The Court shall hold a telephone conference on May 10, 2018 at 9:00 a.m. The Office of Corporation Counsel shall arrange and initiate the conference call. The Warden at Newaygo County Jail shall make plaintiff available for the telephone conference at that time. After establishing contact with plaintiff, defendants' counsel shall contact the Court at (718) 613-2170. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

/S/ Judge Lois Bloom

LOIS BLOOM
United States Magistrate Judge

Dated: April 19, 2018
      Brooklyn, New York