RCV'D FOR DOCKET
5/8/2018 2.7

CHRISTOPHER MAY-SHAW
NEWAYGO COUNTY JAIL
PO BOX 845
1035 E. JAMES ST.
WHITE CLOUD, MI 49349

FI
CL
2018 MAY -4  PM 4:25
U.S. DISTR
EASTERN          RT
OF NEW          ST

April 30, 2018

TO: THE HONORABLE LOIS BLOOM
    UNITED STATES MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
    225 CADMAN PLAZA EAST
    BROOKLYN, NY 11201

    Re: Robert Hogan, aka, Christopher May-Shaw v. City of New York,
    et al., 17-CV-5591 (KAM)(LB); Documents Pertaining to
    Attempts to receive Seized Property.

    Hon. Ms. Bloom,

        Good day! Please, find enclosed a copy of the letter mailed
    to Samantha Millar regarding documentations showing my mother's
    numerous attempts to gain possession of the seized property.
        I look forward to our May 10th, 2018 telephone con-
    ference. Thank you for your time to review this letter.

                                        Respectfully,
                                        Christopher May-Shaw

Samantha R. Millar
The City of New York
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

RE: enclosures/documents support Power-of-Attorney's attempts to
    receive seized currency:

Ms. Millar,

        Please find enclosed the documents supporting
the attempts made to receive the seized currency. Attempts
were also made through the Kings County property Clerk
Cassandra Allen. In both dismissed cases Cassandra Allen
provided my Power of Attorney with a District Attorney's Release
with the "WRONG" Voucher number written on the form to
obviously deter her from obtaining the actual property
when the Assistant District Attorney Jingu Chong had
ordered the release of the property.
        I also enclosed a copy of the "PRISONER
PEDIGREE CARD" signed by Sgt. Pierre showing that my
glasses, keys, and $6,737 were taken from my person
at the 67th Precinct. This clearly demonstrates that
the abovedescribed U.S. Currency was never vouchered
and is still missing along with the glasses.

1 OF 2

Further enclosures include documents to the Internal Affairs Bureau regarding the abovedescribed missing currency, glasses, iphone's, and receipt books (also showing the occassions when my power of attorney has came to New York regarding personal property); Demand Form to the Property Clerk Division; Fax to officer's regarding Power of Attorney; email from A.D.A Jingu Chong releasing property after dismissed case; and a copy of the voucher consisting of the $93,654.

I pray that these documents assist with your investigation. These items should clarify that attempts were made immediately after the case was dismissed to get the personal property returned.

Respectfully,

April 30, 2018

/S/ Christopher May-Shaw

CHRISTOPHER MAY-SHAW

PS
Please note that Plaintiff's disclosures will subsequently be filed. Plaintiff has to mail the disclosures out for copies.

NEWAYGO COUNTY JAIL
P.O. BOX 845
1035 E. JAMES ST.
WHITE CLOUD, MI 49349

2 of 2

Christopher May-Shaw
Newaygo County Jail
P.O Box 845
White Cloud, Mich
49349



Honorable Lois Bloom
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York
11201

This mail was originated
from the Newaygo Co. Jail

RECEIVED DEPART
MI 49
2018 MAY 01
PM 1 L

FOREVER
USA
Barn Swallow

11201-1635

© USPS 2016



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper