UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

TELEPHONE CONFERENCE

MAY 10, 2018

Case Name: Hogan v. City of New York

Docket Number: 17 cv 5591

Tick Numbers: 9:04 - 9:39
Total Time in Court: 35 minutes

**Plaintiff/Plaintiff's Counsel:**

Name: Robert Hogan, a.k.a. Christopher May-Shaw

Address/Firm: ___

Telephone: ___

☐ This is a new address.

**Defendant(s):**

Counsel: Samantha Millar
Firm Name: NY City Law Department

Counsel: Rachel Seligman
Firm Name: NY City Law Department