```
                                                              FILED
                                                         IN CLERK'S OFFICE
                                                       US DISTRICT COURT E.D.N.Y
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                            ★   MAY 10 2018   ★
-----------------------------------------------------------------X
ROBERT HOGAN, *also known as Christopher*                 BROOKLYN OFFICE
*Payton May-Shaw*,
```

                          Plaintiff,                                     **ORDER**
                                                                                      **17 CV 5591 (KAM)(LB)**

   -against-

CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT, POLICE OFFICERS CANDICE
SMITH, *Shield #725*, SERGEANT BRUNO PIERRE,
and JOHN DOES 1-4, *of the 67th Precinct*,

                          Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      The Court held a status conference by telephone on May 10, 2018 in plaintiff's *pro se* civil rights action. The transcript of today's conference shall be made part of the record. Defendants' counsel shall produce the documents discussed on the record today to plaintiff by May 31, 2018. Otherwise, the Court declines to set a discovery deadline at this time.

      The Court will seek *pro bono* counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Plaintiff is advised that the Court cannot require an attorney to take a civil case without a fee. Rather, the Court will request that an attorney volunteer to represent him. Plaintiff should cooperate with any *pro bono* attorney who contacts him. The Court shall set the schedule for further proceedings after making a diligent effort to secure *pro bono* counsel for plaintiff.

SO ORDERED.

                                                                /S/ Judge Lois Bloom
                                                           _____
                                                           LOIS BLOOM
                                                           United States Magistrate Judge

Dated: May 10, 2018
        Brooklyn, New York