UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT HOGAN, *also known as Christopher Payton May-Shaw*,

                      Plaintiff,

   -against-

CITY OF NEW YORK, NEW YORK POLICE DEPARTMENT, POLICE OFFICERS CANDICE SMITH, *Shield #725*, SERGEANT BRUNO PIERRE, and JOHN DOES 1-4, *of the 67th Precinct*,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**
**17 CV 5591 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

     The Court held a telephone status conference on October 18, 2018 in plaintiff's *pro se* civil rights action. In light of plaintiff's *pro se* status, plaintiff's complaint is liberally construed to include claims for both the $93,654.12 and the $6,737.00 amounts seized during plaintiff's June 2016 arrest. ECF No. 47.

     The Court shall hold a telephone conference on November 9, 2018 at 8:45 a.m. The Office of Corporation Counsel shall arrange and initiate the conference call. The Warden of the Federal Correctional Institution Milan shall make Robert Hogan, #11506-040, available for the telephone conference at that time. After establishing contact with plaintiff, defendants' counsel shall contact the Court at (718) 613-2170. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference. The parties are strongly encouraged to discuss settlement.

SO ORDERED.

                                              /S/ Judge Lois Bloom

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: October 18, 2018
       Brooklyn, New York