UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT HOGAN, *also known as Christopher Payton May-Shaw*,

                Plaintiff,

    -against-

CITY OF NEW YORK, POLICE OFFICERS CANDICE SMITH, *Shield #725*, DANIEL O'HARE, *Shield # 17735*, EARL ROCHESTER, *Shield # 31302*, SERGEANTS BRUNO PIERRE, KEVIN FRANCIS, *Shield # 1490*, and JAMES BERK, *Shield # 1311*,

                Defendants.
------------------------------------------------------------------X

**ORDER**
**17 CV 5591 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

In light of Judge Matsumoto's May 31, 2019 ruling, the parties shall proceed with discovery.[1] ECF No. 78. The parties shall complete discovery by June 28, 2019 and shall make any pre-motion conference request to Judge Matsumoto by July 19, 2019.

Furthermore, as stated on the record at the May 17, 2019 conference, plaintiff's request for *pro bono* counsel is denied without prejudice. ECF No. 76.

SO ORDERED.

                                              /S// Judge Lois Bloom
                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: June 4, 2019
       Brooklyn, New York

---

[1] At the May 17, 2019 conference, defendants' counsel reported that she was having difficulty in arranging plaintiff's deposition by video conference. I contacted the designated person from the Bureau of Prisons to request her assistance in arranging the deposition by video conference.