FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2019 ★

BROOKLYN OFFICE

CHRISTOPHER MAY-SHAW
REG. NO. 11506-040
UNIT-I
FCI-SANDSTONE
PO BOX 1000
SANDSTONE, MINNESOTA 55072

HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

RE: ROBERT HOGAN (AKA CHRISTOPHER MAY-SHAW) V. THE CITY OF NEW YORK, ET AL. CASE NO. 17-cv-5591 KAM
REQUEST FOR AN ORDER TO COMPEL

YOUR HONOR:

Good day! I am writing this communique for the above described matter. I am respectfully requesting an ORDER TO COMPEL Attorney Michael Sheinberg, 50 Court Street, Brooklyn, New York 11201, who represented me in the criminal case to release an invoice, receipts, or other documents showing that Christine Pearly and Vivian Buggs paid Attorney Sheinberg the amount of $15,000. I am seeking to be reimbursed this out of pocket expense from the City of New York.

Assistant Corporation Counsel Ms. Millar has requested that I provide a copy of such expenses by July 26, 2019. Although I was in transition to a new institution, my power-of-attorney (Vivian Buggs) has repeatedly called Mr. Sheinberg's office attempting to receive a copy of the receipts. Mr. Sheinberg has not responded to my power-of-attorney's request.

If one is needed, can you please issue an order to compel Mr. Sheinberg to release a copy of these documents, which are apart of this civil action. Or in the alternate, advise me of the proper steps needed to retrieve the receipts.

In advance, I thank you for your time and cooperation regarding this matter.

RESPECTFULLY SUBMITTED,

*Christopher May-Shaw*
CHRISTOPHER MAY-SHAW

August 12, 2019

cc: Samantha Millar

1 of 1

COMMITTED NAME: _Chris May-Shaw_
REG. NO. & QTRS.: _11506-040  Unit - I_
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

ST PAUL MN 551

13 AUG 2019 PM 6 T

⇔11506-040⇔ U.S. DISTRICT COURT
    Eastern District Of Ny
    225 Cadman PLZ E
    Brooklyn, NY 11201
    United States
ATTN: JUDGE LOIS BLOOM

1120181832