# Kramer Levin



Elise C. Funke
Associate
**T** 212.715.9202
**F** 212.715.8000
efunke@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**September 11, 2020**

**VIA ECF**

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Christopher May-Shaw v. City of New York, et al.*, No. 17-CV-5591 (EK) (LB)

Dear Judge Bloom,

I write to inform the Court and defense counsel that I will be departing Kramer Levin at the end of this week to pursue a new career in criminal public defense. My colleague Anna Boltyanskiy (ABoltyanskiy@KramerLevin.com; 212-715-9596) will be the new lead attorney and primary point of contact for Plaintiff in this case. Ms. Boltyanskiy has substantial prior experience litigating Section 1983 claims while attending Columbia Law School and she is already monitoring all docket activity in this matter. In addition, she has worked with Mr. May-Shaw previously, and we have spoken with him together about the transition.

I, of course, remain available should the Court have any questions or concerns that would require my assistance. Ms. Boltyanskiy can provide the Court with my new contact information, as appropriate.

Most sincerely,

*/s/  Elise C. Funke*
Elise C. Funke
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Plaintiff*