AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York  ▼

| | |
|---|---|
| Christopher May-Shaw | ) |
| _Plaintiff_ | ) |
| v. | )     Case No.    1:17-cv-05591-EK-LB |
| The City of New York, et al | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Christopher May-Shaw                                                                                          .

Date:      10/05/2020                                    /s/ Anna Boltyanskiy
                                                                            _Attorney's signature_

                                                                    Anna Boltyanskiy 5769963
                                                                     _Printed name and bar number_
                                                                    Kramer Levin Naftalis & Frankel
                                                                    1177 Avenue of the Americas
                                                                    New York, NY 10036


                                                                            _Address_

                                                                    aboltyanskiy@kramerlevin.com
                                                                          _E-mail address_

                                                                    (212) 715-9596
                                                                      _Telephone number_

                                                                    (212) 715-8000
                                                                          _FAX number_